IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00111-WYD-MJW

THERESA TOMS and
PAUL TOMS,

Plaintiffs,

v.

TARGET CORPORATION,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Stipulated Motion for Protective Order (docket no. 17) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 17-1) is APPROVED and made an Order of Court.

Date: March 10, 2014