IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00111-WYD-MJW

THERESA TOMS and
PAUL TOMS,

Plaintiffs,

v.

TARGET CORPORATION,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Independent Medical Examination of the Plaintiff, Theresa Toms (Docket No. 36) is GRANTED finding good cause shown.

It is further ORDERED that Plaintiff shall undergo a physical examination by Dr. Sean M. Griggs, M.D., on Tuesday, December 16, 2014, at 1:30 p.m. at Dr. Griggs' office, located at 601 E. Hampden Ave., Suite 500, Englewood, CO 80113.

Date: November 7, 2014