IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00111-WYD-MJW

THERESA TOMS and
PAUL TOMS,

Plaintiffs,

v.

TARGET CORPORATION,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Motion to Withdraw Aaron L. Hayden as Counsel for Target Corporation (Docket No. 47) is GRANTED.  Attorney Aaron Hayden is withdrawn from the case, and the Clerk of Court is directed to remove Mr. Hayden from electronic service in this matter.

Date: March 20, 2015