IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00111-WYD-MJW

THERESA TOMS and
PAUL TOMS,

Plaintiffs,

v.

TARGET CORPORATION,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Unopposed Motion for Extension of Expert Disclosure Deadlines (Docket No. 55) is GRANTED for good cause shown. It is further ORDERED that the Scheduling Order (Docket No. 23) is AMENDED as follows:

- Plaintiff's expert disclosures are due December 18, 2015;
- Defendant's expert disclosures are due January 29, 2016; and
- Rebuttal expert disclosures are due February 12, 2016.

Date: October 27, 2015