IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00111-WYD-MJW

THERESA TOMS and
PAUL TOMS,

     Plaintiffs,

v.

TARGET CORPORATION,

     Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

THIS MATTER is before the Court on the parties' Joint Status Report and Motion for Administrative Closure filed December 23, 2015.  The parties indicate therein that Plaintiff Paul Toms passed away recently and that Theresa Toms is currently unable to participate in necessary discovery.  Cognizant of the length of time this case has been pending and the uncertainty as to when discovery can be concluded, the parties request that this Court administratively close this case at this time, pending further motion by either party to reopen for good cause shown.

I find that the parties' request to administratively close this case should be granted.  Accordingly, it is

ORDERED that this case is **ADMINISTRATIVELY CLOSED** pursuant to D.C.COLO.LCivR 41.2, to be reopened for good cause shown.  It is

FURTHER ORDERED that the parties shall file a joint report by **Monday, January 16, 2017** regarding the status of the case and whether it should remain administratively closed.

Dated:  January 14, 2016

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge